GEORGE KIRSOP, JR., Respondent, *v.* THE MUTUAL LIFE INSURANCE COMPANY, Appellant.

*Kirsop* v. *Mutual Life Ins. Co.,* 87 App. Div. 170, appeal dismissed.
(Argued April 27, 1904; decided April 28, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 5, 1903, which reversed an order of Special Term granting a motion to interplead a claimant of the proceeds of a policy of life insurance issued by the defendant.

*Charles E. Hotchkiss, Julien T. Davies* and *Garrard Glenn* for appellant.

*Benjamin E. De Groot* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.